UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLINTON JAMES PEARSON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL BILL )<br>PRYOR, *et al.*, )<br>)<br>Defendants. ) | Case No. 2:24-cv-01137-MHH-SGC |

**MEMORANDUM OPINION**

Clinton James Pearson, Jr. filed this action pursuant to 42 U.S.C. § 1983. (Doc. 1). On September 25, 2024, the magistrate judge granted Mr. Pearson's motion to proceed *in forma pauperis* and ordered him to sign and return a Prisoner Consent Form and pay a $5 initial partial filing fee within 30 days. (Doc. 8). The magistrate judge wrote that if Mr. Pearson failed to comply, the Court had the authority to dismiss his action without further notice, eliminating Mr. Pearson's obligation to pay the $350 filing fee. (Doc. 8).

The deadline has passed, and Mr. Pearson has neither returned his Prisoner Consent Form nor paid the initial partial filing fee. On November 15, 2024, the magistrate judge entered a report recommending this action be dismissed without prejudice under Rule 41(b) of the *Federal Rules of Civil Procedure* for failure to prosecute. (Doc. 9). The magistrate judge advised Mr. Pearson of his right to file

written objections to the Report and Recommendation within 14 days. To date, the Court has not received any objections.

Having reviewed the electronic record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. (Doc. 9). By separate order, the Court will dismiss this action without prejudice for failure to prosecute.

**DONE** and **ORDERED** this December 9, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE